IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SPA CREST MANUFACTURING,
INC., a Georgia corporation,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

CASE NO. 1D16-4379

v.

DARRYL WATERS, DARIAN
WATERS, and KHAYLA
WATERS,

Respondents.

_____/

Opinion filed April 25, 2017.

Petition for Writ of Certiorari – original jurisdiction.

Kathryn L. Ender of Cole Scott & Kissane, P.A., Miami, for Petitioner.

Rebecca Bowen Creed and Meredith A. Ross of Creed & Gowdy, P.A., Jacksonville; Howard C. Coker and Daniel A. Iracki of Coker, Schickel, Sorenson, Posgay, Camerlengo & Iracki, Jacksonville, for Respondents.

PER CURIAM.

DENIED.

ROBERTS, C.J., WOLF and B.L. THOMAS, JJ., CONCUR.